IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                    CR. NO. 03-20485-Ma

KENNETH TAYLOR,

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

---

Before the court is the April 20, 2005, motion of the DEFENDANT, Kenneth Taylor, for a continuance of the suppression hearing set for April 21, 2005. The continuance is necessary to allow for the completion of a mental evaluation of defendant Kenneth Taylor.

The Court grants the motion and continues the suppression hearing until Friday, June 3, 2005 at 10:30 a.m.

The period from April 21, 2005, through June 17, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the 21st day of April, 2005.

                SAMUEL H. MAYS, JR.
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 274 in case 2:03-CR-20485 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

PDA
Federal Defender's Office
100 N. Main Bldg., Suite 410
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
314 Poplar Ave.
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
1374 Madison Ave.
Memphis, TN 38104

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT