IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 18 AM 10: 25

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

VS.                                      CR. NO. 03-20485-Ma

KENNETH TAYLOR,

    Defendant.

---

### ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

---

Before the court is the May 9, 2005, motion of defendant Kenneth Taylor to reset the suppression hearing set for June 3, 2005. For good cause shown, the motion is granted. The hearing on the motion to suppress is **reset** for **Thursday, June 16, 2005 at 1:30 p.m.**

**IT IS SO ORDERED** this the 17th day of May, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 281 in case 2:03-CR-20485 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
1374 Madison Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT