IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 17 PM 3: 45

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                    NO. 03-20485-Ma

KENNETH TAYLOR,

        Defendant.

---

ORDER ON CHANGE OF PLEA
AND SETTING

---

        This cause came to be heard on June 16, 2005, the United
States Attorney for this district, Lorraine Craig, appearing for
the government and the defendant, Kenneth Taylor, appearing in
person and with counsel, Linda Kendall Garner.

        With leave of court, the defendant withdrew the not guilty
plea heretofore entered and entered a plea of guilty to Counts 2
and 3 of the Superseding Indictment.

        Plea colloquy was held and the court accepted the guilty
plea.

        **SENTENCING** in this case is **SET** for **THURSDAY, SEPTEMBER 15,
2005, at 2:00 P.M., in Courtroom No. 2, on the 11th floor before
Judge Samuel H. Mays, Jr.**

        Defendant is remanded to the custody of the U. S. Marshal.

        **ENTERED** this ___ day of June, 2005.

                                _____
                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on _6-20-05_

295

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 295 in case 2:03-CR-20485 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT